CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA NEVILLE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>　　　Defendant. | Case No.: 2:21-cv-01573-NJK<br>**ORDER GRANTING**<br>**STIPULATION TO VOLUNTARY**<br>**REMAND PURSUANT TO SENTENCE**<br>**FOUR OF 42 U.S.C. § 405(g) AND TO**<br>**ENTRY OF JUDGMENT FOR**<br>**PLAINTIFF** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

　　　On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

a new decision.

  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

| | |
|---|---|
| Dated: November 10, 2021 | Respectfully submitted, |
| | ROHFLING & KALAGIAN, LLP |
| | */s/ Marc V. Kalagian*<br>MARC V. KALAGIAN<br>(*as authorized via email on November 10, 2021)<br>Attorney for Plaintiff |
| Dated: November 10, 2021 | Respectfully submitted, |
| | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| | */s/ Allison J. Cheung*<br>ALLISON J. CHEUNG<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

The Court **INSTRUCTS** The Clerk to close this case.

IT IS SO ORDERED:

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: November 12, 2021

2