# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA MARIE NEVILLE, | Case No.: 2:21-cv-01573-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 16, 17] |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

On January 20, 2022, Plaintiff Christina Marie Neville filed two documents in the instant case. Docket Nos. 16, 17. These documents fail to comply with the Court's Local Rules regarding the required format of filed documents. Local Rule 7-2(a). Therefore, the Court **STRIKES** the documents at Docket Nos. 16, 17. *See* Local Rule IA 10-1(d) ("[t]he court may strike any document that does not conform to an applicable provision of these rules…").

Plaintiff may file her request for attorneys' fees and costs and all applicable points and authorities, in one document that complies with all rules, no later than February 4, 2022. Further violations of the Court's Local Rules may result in sanctions.

IT IS SO ORDERED.

Dated: January 21, 2022

_____
Nancy J. Koppe
United States Magistrate Judge